

**Transferred case has been opened**
ECF-CAND   to: interdistricttransfer_laed                    05/15/2019 11:30 AM


CASE: 2:19-cv-09612

DETAILS: Case transferred from Louisiana Eastern
has been opened in California Northern District
as case 3:19-cv-02582, filed 05/15/2019.